| | |
|---|---|
| MORTON MCGOLDRICK, PLLC | Hon. Mary Jo Heston |
| 820 "A" Street, Suite 600 | Chapter 7 Proceeding |
| P.O. Box 1533 | Hearing Date: May 5, 2025 |
| Tacoma, WA 98401 | Hearing Time: 9:00 am |
| (253) 627-8131 | Response Date: April 28, 2025 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| In re: | Case No. 23-41213 |
| SCOTT MATTHEW KENYON and KARIN ANASTASIA KENYON, | DEBTORS' OBJECTION TO MOTION TO WITHDRAW AS COUNSEL |
| Debtors. | |

COMES NOW Scott and Karin Kenyon ("Debtors"), by and through their attorney of record, Brett L. Wittner of Morton McGoldrick, PLLC and hereby file their response to the Motion to Withdraw as Counsel filed by Matthew Iwama ("Iwama").

## I. FACTUAL SUMMARY

1. Debtors filed this Chapter 7 bankruptcy proceeding on July 27, 2023.
2. Iwama filed a Complaint against Debtors on behalf of Bjorn Anderson, Jennifer Palau, Neil Ross, Edmund Burk, Jennifer Burk, Janice Manson, and Leanne Headley ("Creditors") on November 30, 2023.
3. Iwama filed a second Complaint against Debtors on behalf of Creditors on December 31, 2023.
4. Debtors and Creditors attended a mediation before the Honorable Brian D. Lynch and entered into a Settlement Agreement on April 18, 2024.
5. Terms of the Settlement Agreement provided that Debtors must list their residence for sale by May 1, 2025 and complete the sale by December 31, 2025. Upon completion

DEBTORS' OBJECTION TO MOTION TO WITHDRAW AS ATTORNEY -1-

MORTON McGOLDRICK
ATTORNEYS AT LAW

820 "A" Street, Suite 600
P.O. Box 1533
Tacoma, Washington 98401
(253) 627-8131
Fax: (253) 272-4338

Case 23-41213-MJH    Doc 154    Filed 04/28/25    Ent. 04/28/25 16:41:54    Pg. 1 of 3

of the sale, Debtors are to retain 35 percent of the net proceeds and Creditors are to retain 65 percent of the proceeds.

6. Iwama filed a Motion to Withdraw as attorney for Jennifer Palau and Neil Ross on June 12, 2024, and an order was entered on June 13, 2024.
7. Iwama has now filed a Motion to Withdraw as attorney for all remaining creditors, some of whom are communicating directly with Debtors' attorneys from the bankruptcy case (Brett Wittner) and the adversary case (Trevor White), with the written permission of Iwama.

## II. ARGUMENT

Iwama clearly has a conflict of interest in representing multiple Creditors in this case. This conflict of interest should have been recognized prior to filing the adversary proceeding against the Debtors. The conflict of interest became apparent at the final stages of the mediation when several of the Creditors wanted to settle, and some Creditors did not want to settle. The conflict of interest became even more apparent when Iwama needed to withdraw from representing Jennifer Palau and Neil Ross.

Debtors sympathize with Iwama's situation; nevertheless, the timing of Iwama's motion to withdraw is troubling. Debtors are listing their residence for sale on May 1, 2025. Iwama should remain as counsel of record until the house is sold so that the Creditors' 65 percent of the net proceeds can be paid directly by escrow to his office. Debtors lack any knowledge regarding how the Creditors' net proceeds from the sale of the house should be divided. Each of the Creditors have filed proofs of claims in the bankruptcy case for different amounts. Debtors do not know if the Creditors' share of the net proceeds should be paid equally or on a pro-rata basis, and it is certainly not Debtors' job to calculate these amounts.

Iwama should be required to remain counsel for the remaining Creditors until the Debtors have completed the sale of their residence pursuant to the terms of the Settlement Agreement. The Creditors' share of the net proceeds can be paid by escrow to Iwama's office, and then Iwama can disburse the proceeds to his current clients and former clients. Otherwise, Debtors will need to request that the Creditors' share of the net proceeds be placed in the Court Registry. This would lead to additional costs for both the Debtors and the Creditors.

DEBTORS' OBJECTION TO MOTION TO WITHDRAW AS ATTORNEY -2-

MORTON McGOLDRICK
ATTORNEYS AT LAW

820 "A" Street, Suite 600
P.O. Box 1533
Tacoma, Washington 98401
(253) 627-8131
Fax: (253) 272-4338

Case 23-41213-MJH    Doc 154    Filed 04/28/25    Ent. 04/28/25 16:41:54    Pg. 2 of 3

### III.  CONCLUSION

Debtors respectfully request that Iwama's Motion to Withdraw as Attorney be denied until the sale of Debtors' house has been completed.

Respectfully submitted this 28th day of April, 2025.

          MORTON MCGOLDRICK. PLLC

By: /s/ Brett L. Wittner
     Brett L. Wittner, WSBA #27657
     Attorney for Debtors

DEBTORS' OBJECTION TO MOTION TO WITHDRAW AS ATTORNEY -3-

MORTON McGOLDRICK
ATTORNEYS AT LAW

820 "A" Street, Suite 600
P.O. Box 1533
Tacoma, Washington 98401
(253) 627-8131
Fax: (253) 272-4338

Case 23-41213-MJH    Doc 154    Filed 04/28/25    Ent. 04/28/25 16:41:54    Pg. 3 of 3